## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

FIDEL CLARK,

        Petitioner

        v.

SUPERINTENDENT JOHN A. RIVELLO,

        Respondent

:  No. 29 EM 2023

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2023, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Mandamus and the Application for Relief are DISMISSED.